# U.S. District Court

## Pennsylvania Eastern - Philadelphia

Receipt Date: Aug 29, 2024 12:40PM

VIVEK SAVANI

| Rcpt. No: 20023067 | Trans. Date: Aug 29, 2024 12:40PM | | | Cashier ID: #KC |
|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 801 | Passports/Visa/Other Docs | DPAE223CR000016 /008<br>VIVEK SAVANI | 1 | 0.00 | 0.00 |

| CD | Tender | Amt |
|---|---|---|
| NC | No Check/Cash | $0.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $0.00 |
| Total Tendered: | $0.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: FOREIGN PASSPORT

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.