IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO. 23-16-12 |
| SUSAN MALPARTIDA | : | |
| USM # 41102-510 | : | |

# COURT NOTICE

Take notice that defendant is scheduled for a <u>SENTENCING HEARING</u> on **Friday, November 8, 2024, at 11:00 a.m.** before the **Honorable Jeffrey L. Schmehl** in the Fifth Floor Courtroom of the United States District Court, 201 Penn Street, The Gateway Building, Reading, Pennsylvania 19016.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:**

☒ **Hearing rescheduled from: September 26, 2024**

For additional information, please contact the undersigned.

By:    Tanya L. Allender
       Courtroom Deputy to J. Schmehl
       Phone: 610.320.5030

Date:    9/25/2024

cc via U.S. Mail:    Defendant
cc via email:        Defense Counsel Rocco Cipparone
                     Assistant U.S. Attorney Kevin Jayne
                     U.S. Marshal
                     Court Security
                     Probation Officer Alex Posey
                     Pretrial Services
                     Interpreter Coordinator

crnotice (July 2021)