AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern **District of** Pennsylvania

| | |
|---|---|
| Plaintiff (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| V.<br>SAVANI ET AL | |
| Defendant (s), | **CASE NUMBER:** 2:23-cr-00016-JLS |

Notice is hereby given that, subject to approval by the court, Arun Savani substitutes

(Party (s) Name)

Michael Ruggio , State Bar No. 36975 as counsel of record in

(Name of New Attorney)

place of Tiffany M. Alexander .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Taylor English Duma LLP

Address: 10432 Balls Ford Rd Suite 300, Manassas, VA 20109

Telephone: (703) 936-4204 Facsimile (770) 434-7376

E-Mail (Optional): mruggio@taylorenglish.com

I consent to the above substitution.

Date: 10/9/2024

*Arun Savani*

(Signature of Party (s))

I consent to being substituted.

Date: 10/9/2024

Tiffany Alexander    Digitally signed by: Tiffany Alexander
DN: CN = Tiffany Alexander
Date: 2024.10.09 15:25:25 -04'00'

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 10/9/2024

Michael Ruggio    Digitally signed by Michael Ruggio
Date: 2024.10.10 10:18:48 -04'00'

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**