IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 23-16 |
| BHASKAR SAVANI, *et al*, | : | |

## ORDER

**AND NOW**, this 21st day of January, 2025, following a request by the parties to extend the expert disclosure deadline to which there is no objection, it is hereby **ORDERED** that the request is granted and the expert disclosure deadline is extended to April 30, 2025.

**BY THE COURT:**


/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.