IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 23-016 |
| BHASKAR SAVANI, et al. | : | |

WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of former Assistant United States Attorney Sarah L. Grieb on behalf of the United States of America.

NELSON S.T. THAYER, Jr.
ACTING UNITED STATES ATTORNEY


*/s/ Lesley S. Bonney*
LESLEY S. BONNEY
Assistant United States Attorney