IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | No. 23-16 |
| BHASKAR SAVANI, *et al*, : | |

**ORDER**

**AND NOW**, this 6th day of March, 2025, following a status conference, it is hereby

**ORDERED** as follows:

1. The expert disclosure deadline is extended to June 16, 2025;

2. Any Daubert motion must be filed by July 21, 2025; and

3. Motions in limine, proposed *voir dire* questions, jury instructions, trial memos and verdict slips must be filed by August 4, 2025.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
**Jeffrey L. Schmehl, J.**