IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL NO. 23-16-1

v. :

BHASKAR SAVANI
U.S.M. # 40619-510 :

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 10th day of March 2026, came the attorney for the government and the defendant being present with counsel, and

☐ The Court having granted the defendant's motion for judgment of acquittal as to:

☐ A jury has been waived, and the Court has found the defendant not guilty as to:

X The jury has returned its verdict, finding the defendant not guilty as to: Count 12, of the Indictment.

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

BY THE COURT:

**JEFFREY L. SCHMEHL**
**United States District Judge**

Cc: U.S. Marshal
U.S. Probation
Counsel

March 10, 2026
Date

By Whom S.S.