**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| **v.** | : | |
| | : | **No. 23-16** |
| **BHASKAR SAVANI,** *et al*, | : | |

## <u>ORDER</u>

**AND NOW**, this 15th day of July, 2026, upon consideration of the government's

unopposed request for an extension, **IT IS HEREBY ORDERED** that the deadline for the

government to file its responses to the Defendants' Rule 29 and Rule 33 motions is

**EXTENDED** to <u>**Thursday, July 23, 2026**</u>.

**BY THE COURT:**

<u>/s/ Jeffrey L. Schmehl</u>
**Jeffrey L. Schmehl, J.**